# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.
HECTOR LOPEZ GOMEZ,
        Defendant.

**APPEARANCE**

Case Number: 08MJ2476

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HECTOR LOPEZ GOMEZ

I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 8/12/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD    177301 |
| | Print Name                      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City      State      Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number           Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: August 12, 2008 | ____/s/ Linda Lopez_____ |
| | LINDA LOPEZ |
| | Federal Defenders of San Diego, Inc. |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467  (tel) |
| | (619) 687-2666  (fax) |
| | e-mail: Linda_Lopez@fd.org |